IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YACUB AVICENNA McCLENDON,

    Petitioner,               No.  2:12-cv-0550 KJN P

    vs.

WARDEN VIRGA,

    Respondent.           ORDER TO SHOW CAUSE

_____/

        For the following reasons, petitioner is ordered to show cause within fourteen days why this action should not be dismissed for his failure to comply with the March 19, 2012 order.

        On March 1, 2012, petitioner filed a petition for a writ of mandamus.  In the petition, petitioner alleged that he had not received adequate medical care for diabetes.  In the March 19, 2012 order, the undersigned found that he did not have the authority to order the relief sought in the petition for writ of mandamus.  Petitioner was granted thirty days to file a civil rights complaint raising his claims of inadequate medical care.  Petitioner was also granted thirty days to file an affidavit to proceed in forma pauperis.  Thirty days passed and petitioner did not file an amended complaint or an application to proceed in forma pauperis.

////

1       On March 30, 3012, petitioner filed a letter requesting "assistance." The
2  undersigned construes the letter to contain a request for appointment of counsel.
3       The United States Supreme Court has ruled that district courts lack authority to
4  require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist.</u>
5  <u>Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the
6  voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d
7  1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In
8  the present case, the court does not find the required exceptional circumstances. Therefore,
9  petitioner's request for the appointment of counsel is denied.
10       Accordingly, IT IS HEREBY ORDERED that:
11       1. Petitioners motion for appointment of counsel (Dkt. No. 4) is denied;
12       2. Within fourteen days of this order, petitioner shall show cause why this action
13  should not be dismissed for his failure to file a complaint and an in forma pauperis affidavit as
14  ordered by the court on March 19, 2012; failure to respond to this order will result in a
15  recommendation of dismissal of this action.
16  DATED: April 26, 2012

                                                          _____
                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

20  mccl0550.110