IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YACUB AVICENNA McCLENDON,

    Petitioner,               No. 2: 12-cv-0550 KJN P

   vs.

WARDEN VIRGA,

    Respondent.          ORDER

_____/

      On March 19, 2012, the undersigned granted petitioner thirty days to file a complaint and in forma pauperis affidavit. Thirty days passed and petitioner did not file a complaint or in forma pauperis affidavit. Accordingly, on April 26, 2012, petitioner was ordered to show cause why this action should not be dismissed for his failure to comply with the March 19, 2012 order.

      On May 4, 2012, petitioner filed a response to the April 26, 2012 order. Petitioner alleges that he did not file a complaint and in forma pauperis affidavit because he did not have access to his legal property. Petitioner requests sixty to ninety days to file his complaint and in forma pauperis affidavit. Petitioner is granted thirty days to file these documents.

////

////

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The order to show cause is discharged;

3   2. Petitioner is granted thirty days to file his complaint and in forma pauperis
affidavits; failure to comply with this order will result in a recommendation of dismissal of this
action.

DATED: May 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mc550.vac